

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 18 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/16/2015**                                                      **COA No. 12-15-00012-CR**
**MALLARD, ANTHONY JERMAINE   Tr. Ct. No. 43518-A**      **PD-1327-15**
On this day, the Appellant's petition for discretionary review has been refused.

                                                      Abel Acosta, Clerk

        12TH COURT OF APPEALS  CLERK
        PAM ESTES
        1517 W. FRONT, ROOM 354
        TYLER, TX  75701
        * DELIVERED VIA E-MAIL *